[No. 20096-1-II.    Division Two.    May 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY L. BROCK, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-00402-8, Wm. Thomas McPhee, J., entered November 3, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 20106-2-II.    Division Two.    May 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY EUGENE RANDON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-01065-4, Nile E. Aubrey, J., entered October 11, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Seinfeld, J.

[No. 20247-6-II.    Division Two.    May 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TIFFANY YVETTE PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-03109-1, Frederick B. Hayes, J., entered December 19, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 20303-1-II.    Division Two.    May 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK Q. CHASE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-01683-2, Richard D. Hicks, J., entered December 18, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Bridgewater, JJ.